```
SAMANTHA ANN FOWLER        KIA MOTORS FINANCE
54 RAWLS SPRINGS RD        ATTN: BANKRUPTCY
HATTIESBURG, MS 39402      PO BOX 20825
                          FOUNTAIN VALLEY, CA 92728


THOMAS C. ROLLINS, JR.     MARINER FINANCE
THE ROLLINS LAW FIRM, PLLC ATTN: BANKRUPTCY
P.O. BOX 13767             8211 TOWN CENTER DRIVE
JACKSON, MS 39236          NOTTINGHAM, MD 21236


1ST FRANKLIN               SOCIAL SECURITY ADMIN
6335 HWY 49, STE 20        26 FEDERAL PLAZA
HATTIESBURG, MS 39401      NEW YORK, NY 10278



CENTURY FIRST              SOCIAL SECURITY ADMINI
3318 HARDY STREET          C/O U.S. ATTORNEY
HATTIESBURG, MS 39401      501 E. COURT ST
                          STE 4.430
                          JACKSON, MS 39201


CENTURYFST                 US ATTORNEY GENERAL
3318 HARDY STREET          US DEPT OF JUSTICE
HATTIESBURG, MS 39401      950 PENNSYLVANIA AVENW
                          WASHINGTON, DC 20530-0001



CHIME                      WORLD FINANCE CORP
ATTN: BANKRUPTCY           P.O.BOX 6429
101 CALIFORNIA ST          GREENVILLE, SC 29606
STE 500
SAN FRANCISCO, CA 94111

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113



CROSSWAY EQUITY
P.O. BOX 269
MEMPHIS, TN 38101



GINNYS
ATTN: BANKRUPTCY
1112 7TH AVE
MONROE, WI 53566
```