# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51329 **Case Name:** Samantha Ann Fowler

**Set:** 10/13/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Century First Federal Credit Union (Dkt. #18) - RESET TO 11/17/26 PER REQUEST OF PARTIES

Objection to Confirmation filed by the Trustee (Dkt. #21) - RESET TO 11/17/2026 PER REQUEST OF PARTIES

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) Objection filed by Century First Federal Credit Union [18] and Objection filed by the Trustee [21] reset to 11/17/2026. Confirmation hearing removed. (srw)