United States Bankruptcy Court
Southern District of Mississippi

In re:
Samantha Ann Fowler
Debtor

Case No. 26-51329-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 2
Date Rcvd: Oct 06, 2026 | Form ID: pdf012 | Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Samantha Ann Fowler, 54 Rawls Springs Rd, Hattiesburg, MS 39402-9145 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Richard M Lingle | on behalf of Creditor CenturyFirst Federal Credit Union rmlingle@aol.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Samantha Ann Fowler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: October 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**SAMANTHA ANN FOWLER,** **CASE NO. 26-51329-KMS**

**DEBTOR .** **CHAPTER 13**

## <u>ORDER RESETTING HEARING</u>

THIS Cause having come on this date on the Objection to Confirmation filed by CenturyFirst Federal Credit Union (Dkt. #18) and the Court having considered the facts herein, finds that the hearing on October 13, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection to Confirmation hereby is continued and reset for November 17, 2026, at 1:30 p.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi. This hearing will be conducted by video conferencing. Parties wishing to participate by video conference must appear in the William M. Colmer Federal Building, Bankruptcy Courtroom, 701 Main Street, Hattiesburg, Mississippi. Please see the Standing Order Regarding Video Conferencing in Proceedings Before Judge Katharine M. Samson at: www.mssb.uscourts.gov under the Rules/Orders/Procedures tab.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841