**United States Bankruptcy Court**
**Southern District of Mississippi**

In re **Samantha Ann Fowler** Debtor(s)

Case No. **26-51329**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **October 19, 2026**

**/s/ Samantha Ann Fowler**
**Samantha Ann Fowler**
Signature of Debtor

SAMANTHA ANN FOWLER
54 RAWLS SPRINGS RD
HATTIESBURG, MS 39402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN
6335 HWY 49, STE 20
HATTIESBURG, MS 39401

ADVANCE AMERICA***
3901 HARDY ST
STE 20
HATTIESBURG, MS 39402

CENTURY FIRST
3318 HARDY STREET
HATTIESBURG, MS 39401

CENTURYFST
3318 HARDY STREET
HATTIESBURG, MS 39401

CHIME
ATTN: BANKRUPTCY
101 CALIFORNIA ST
STE 500
SAN FRANCISCO, CA 94111

COMMUNITY CHOICE***
6111 US HWY 98
STE 60
HATTIESBURG, MS 39402

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

CROSSWAY EQUITY
P.O. BOX 269
MEMPHIS, TN 38101

GINNYS
ATTN: BANKRUPTCY
1112 7TH AVE
MONROE, WI 53566

INTERNAL REVENUE SE***
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SE***
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

KIA MOTORS FINANCE
ATTN: BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY, CA 92728

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

SOCIAL SECURITY ADMIN
26 FEDERAL PLAZA
NEW YORK, NY 10278

SOCIAL SECURITY ADMINI
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

US ATTORNEY GENERAL***
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

WORLD FINANCE CORP
P.O.BOX 6429
GREENVILLE, SC 29606