# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51329 **Case Name:** Samantha Ann Fowler

**Set:** 11/17/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)16 Modified Chapter 13 Plan). (Dkt. #21)

---

Minute Entry Re: (related document(s): [21] Objection to Confirmation of the Plan filed by David Rawlings) An Order withdrawing the Objection has been submitted by Rawlings. Hearing removed. Tickle for date: 11/24/2026. (mcc)