# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51329 **Case Name:** Samantha Ann Fowler

**Set:** 11/17/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Objection to Confirmation of Plan Filed by Creditor CenturyFirst Federal Credit Union. (Dkt. #18)

---

Minute Entry Re: (related document(s): [18] Objection to Confirmation of the Plan filed by CenturyFirst Federal Credit Union) Richard Lingle to submit an Agreed Order. Order due by 12/01/2026. Called in by Lingle. (mcc)