**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: SAMANTHA ANN FOWLER | CASE NO.: 26-51329-KMS
CHAPTER 13

AGREED ORDER ON OBJECTION TO CONFIRMATION

THIS DAY, THE MATTER of the Objection to Confirmation filed by CenturyFirst Federal Credit Union, (DK #18), comes before the Court, and after being advised of the agreement of the parties that Claim No. 2-1 of CenturyFirst Federal Credit Union is to be amended to reflect $3,000.00 to be paid as secured debt under the dragnet provisions of the promissory notes and security agreements of Claim 2-1 and Claim 3-1 with the remaining balance of Claim 2-1 being paid as unsecured debt.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the claim of CenturyFirst Federal Credit Union, Claim no. 2-1 is amended as stated above, and the Objection to Confirmation is denied.

##END OF ORDER##

/s/ Richard M Lingle
Richard M. Lingle, for CenturyFirst FCU

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr., attorney for the Debtor

/s/ Brian C. Wilson
Brian C. Wilson, attorney for David Rawlings, Chapter 13 Trustee

SUBMITTED BY:

Richard M. Lingle
RICHARD M. LINGLE, PLLC
Post Office Box 1928
Jackson, MS 39215-1928
(601) 366-0454
(601) 362-4200 fx
Richard@rmlinglelaw.net
MS Bar No. 1270