United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51329-KMS
Samantha Ann Fowler Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Nov 05, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samantha Ann Fowler, 54 Rawls Springs Rd, Hattiesburg, MS 39402-9145 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Richard M Lingle | on behalf of Creditor CenturyFirst Federal Credit Union rmlingle@aol.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Samantha Ann Fowler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: SAMANTHA ANN FOWLER | CASE NO.: 26-51329-KMS
CHAPTER 13

AGREED ORDER ON OBJECTION TO CONFIRMATION

THIS DAY, THE MATTER of the Objection to Confirmation filed by CenturyFirst Federal Credit Union, (DK #18), comes before the Court, and after being advised of the agreement of the parties that Claim No. 2-1 of CenturyFirst Federal Credit Union is to be amended to reflect $3,000.00 to be paid as secured debt under the dragnet provisions of the promissory notes and security agreements of Claim 2-1 and Claim 3-1 with the remaining balance of Claim 2-1 being paid as unsecured debt.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the claim of CenturyFirst Federal Credit Union, Claim no. 2-1 is amended as stated above, and the Objection to Confirmation is denied.

##END OF ORDER##

/s/ Richard M Lingle
Richard M. Lingle, for CenturyFirst FCU

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr., attorney for the Debtor

/s/ Brian C. Wilson
Brian C. Wilson, attorney for David Rawlings, Chapter 13 Trustee

SUBMITTED BY:

Richard M. Lingle
RICHARD M. LINGLE, PLLC
Post Office Box 1928
Jackson, MS 39215-1928
(601) 366-0454
(601) 362-4200 fx
Richard@rmlinglelaw.net
MS Bar No. 1270